WILLIAM E. RIDGWAY (SBN 247529)
william.ridgway@skadden.com
LINDSEY SIELING (*pro hac vice*)
lindsey.sieling@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Upper Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
NIELS J. MELIUS (SBN 294181)
niels.melius@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
FLAGSTAR BANCORP, INC.

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JANET POLLARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>ACCELLION, INC., and FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK,<br><br>Defendants. | Case No.: 5:21-cv-02572-EJD<br><br>**JOINT STIPULATION TO TOLL DEADLINES TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT OR A CONSOLIDATED AMENDED COMPLAINT; AND**<br><br>**[PROPOSED] ORDER** |

Plaintiff Janet Pollard ("Plaintiff") and Defendant Flagstar Bancorp, Inc. ("Flagstar") (collectively, the "Parties") jointly stipulate, pursuant to Civil Local Rules 6-1(a), 6-2, and 7-12, to toll and extend the time for Flagstar to respond to Plaintiff's Complaint.

WHEREAS, on April 8, 2021, Plaintiff filed her Complaint against Flagstar and Accellion, Inc. in the Northern District of California;

WHEREAS, in a number of civil actions now pending in this district ("Related Actions"), other plaintiffs have asserted related or similar claims to those made in this action against Flagstar and/or other defendants;

WHEREAS, on April 7, 2021, counsel for Plaintiff Beyer filed a motion to consolidate the Related Actions, and any other related actions filed in, removed to, or transferred to the Northern District of California pursuant to Federal Rule of Civil Procedure 42(a) and to set a briefing schedule for the appointment of interim co-lead class counsel ("Consolidation Motion"), in the case of *Brown v. Accellion, Inc.*, 5:21-cv-01155-EJD;

WHEREAS, on July 15, 2021, the Consolidation Motion is scheduled to be heard before the Honorable Judge Edward J. Davila;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Flagstar's deadline to respond to the Complaint is currently June 18, 2021;

WHEREAS, the Parties recognize that it would conserve resources and promote efficiency to toll and extend deadlines until after the resolution of the Consolidation Motion;

WHEREAS, pursuant to Local Rule 6-1(a), the Parties have agreed to toll and extend Flagstar's deadline to respond to Plaintiff's Complaint pending resolution of the Consolidation Motion;

Now therefore, pursuant to Local Rule 6-1(a), it is hereby stipulated and agreed, by and between the attorneys for the undersigned Parties, that:

1. Flagstar's deadline to respond to Plaintiff's Complaint shall be tolled.
2. The Parties agree to promptly meet and confer and, within ten (10) days of the resolution of the Consolidation Motion, submit a proposed schedule for the filing of any further

Complaint, Flagstar's response to the Complaint, and any other applicable procedural deadlines based on the Court's resolution of the Consolidation Motion.

**IT IS SO STIPULATED.**

DATED: June 16, 2021

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ William E. Ridgway
WILLIAM E. RIDGWAY
Attorney for Defendant FLAGSTAR BANCORP, INC.

DATED: June 16, 2021

GLANCY PRONGAY & MURRAY LLP

By: /s/ Jonathan Rotter
JONATHAN ROTTER
Attorney for Plaintiff JANET POLLARD

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2021

_____
The Honorable Edward J. Davila
United States District Court Judge

**E-FILING ATTESTATION**

I, William E. Ridgway, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

DATED: June 16, 2021

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        By: /s/ William E. Ridgway
            WILLIAM E. RIDGWAY
        Attorney for Defendant FLAGSTAR BANCORP, INC.